**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 08-30381 |
| Plaintiff - Appellant, | D.C. No. 2:08-cr-00010-EFS |
| v. | |
| **BRANO MILOVANOVIC; TONY GENE LAMB; ISMAIL HOT; MUHAMED KOVACIC; ELVEDIN BILANOVIC; ALEKSANDAR DJORDJEVIC,** | **ORDER** |
| Defendants - Appellees. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.